THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee *v.* JOSEPH SANDIFOR, a/k/a JOSEPH BURKS, Defendant-Appellant.

(No. 72-26;

Second District—November 29, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.